JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER**<br>              Plaintiffs,<br><br>    v.<br><br>**12535 OXNARD LLC; RTG INVESTMENTS INC.; AND DOES 1 THROUGH 10, Inclusive**<br><br>              Defendants. | **Case No.: 2:17-cv-01684 PA (PLA)**<br><br><br>**<u>ORDER ON DISMISSAL OF THE ENTIRE ACTION</u>**<br><br><br>Honorable Percy Anderson |

    Pursuant to the Joint Stipulation of Dismissal With Prejudice on file herein and good cause appearing, the court hereby orders that all the defendants are

1

dismissed with prejudice and that Plaintiff's Complaint is also dismissed with prejudice. Each of the parties shall bear their own respective attorney fees and costs.

IT IS SO ORDERED.

DATED: July 12, 2017

_____
Honorable Percy Anderson
United States District Judge